UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| GINGER RUTH BEDELL,  : <br>     Plaintiff,  : <br> : <br> v.  : <br> : <br> COMMISSIONER OF SOCIAL SECURITY,  : <br>     Defendant.  : | File No. 1:12-cv-126-jgm |

## ORDER

The Magistrate Judge's Report and Recommendation was filed December 12, 2013.  (Doc. 30.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

Plaintiff's motion to reverse the decision of the Commissioner (Doc. 25) is GRANTED.  Defendant's motion to affirm the decision (Doc. 29) is DENIED.  This matter is REMANDED to the Administrative Law Judge ("ALJ")  for further proceedings and a new decision, including reassessment of the medical and non-medical opinions, particularly the opinions of NP Malone-Rising, service coordinator Silveria, and social worker Johnson.  The ALJ may be required to request updated assessments from the agency consultants on remand, in light of the more recent opinions of NP Malone-Rising, service coordinator Silveria, and social worker Johnson.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 23rd day of January, 2014.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge